UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDELL R. JONES,<br><br>        Petitioner,<br>v.<br><br>JEANNE WOODFORD, Secretary,<br><br>        Respondent. | Case No. 06cv2193- L (BLM)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION**<br><br>**[DOC. NO. 9]** |

On April 23, 2007, Heather Bushman, counsel for Respondent, filed the Ex Parte Application for Extension of Time to File Answer currently before the Court. Doc. No. 9. In support, counsel represents that her significant caseload, coupled with her reduced working schedule, have prevented her from filing an answer to the instant petition by the current deadline. Id. at 3. As such, counsel requests a thirty-day extension of the answer deadline. Id. This is counsel's first request for such an extension.

///

///

///

///

1  Under the current briefing schedule, Respondent's answer is due on
2 or before April 25, 2007. Doc. No. 6 at 2. Good cause appearing,
3 Respondent shall now file her answer on or before **May 25, 2007**.
4 Accordingly, Petitioner shall file his traverse on or before **June 25,**
5 **2007**.

6  **IT IS SO ORDERED.**

8 Dated: April 23, 2007

9  BARBARA L. MAJOR
   United States Magistrate Judge

11 COPY TO:

12 HONORABLE M. JAMES LORENZ
   UNITED STATES DISTRICT JUDGE

14 ALL COUNSEL