1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11  CORDELL R. JONES,              )  Case No. 06cv2193-L (BLM)
                                   )
12                 Petitioner,     )  **ORDER REQUIRING SUPPLEMENTAL**
    v.                             )  **LODGMENT**
13                                 )
    JEANNE WOODFORD, SECRETARY,    )
14                                 )
                   Respondent.     )
15                                 )
    _____ )
16

17       Pursuant to 28 U.S.C. § 2254, Petitioner Cordell R. Jones filed the
18  petition for writ of habeas corpus currently before the court.  Doc. No.
19  1.  After reviewing the petition, as well as Respondent's answer and
20  Petitioner's traverse, the Court finds it necessary to request
21  supplemental information from the parties.

22       Rule 7 of the Rules Governing § 2254 Cases permits a district court
23  to expand the record by directing parties to submit "additional
24  materials relating to the petition."  Rule 7, 28 U.S.C. foll. § 2254;
25  <u>see also</u> <u>Cooper-Smith v. Palmateer</u>, 397 F.3d 1236, 1241 (9th Cir. 2005).
26  Therefore, and good cause appearing, this Court hereby orders Respondent
27  to lodge the following supplemental information: (1) transcripts of any
28  communication between Petitioner and the California Superior Court judge

occurring during Petitioner's January 6, 2005 guilty plea, including the plea colloquy, and (2) any forms or information issued by the California Department of Corrections, issued pursuant to Petitioner's release on parole, and describing the length and conditions of that parole.  These documents shall be lodged by **January 21, 2008**, and Respondent shall provide Petitioner with copies of the lodgments.

**IT IS SO ORDERED.**


DATED:   <u>January 14, 2008</u>

BARBARA L. MAJOR
United States Magistrate Judge




COPY TO:

HONORABLE M. JAMES LORENZ
U.S. DISTRICT JUDGE

ALL COUNSEL